UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MICHELLE WOODS and ALFA RAMOS,**

Plaintiffs,

v.

Case No: 6:16-cv-2038-Orl-28DCI

**MITSUBISHI HITACHI POWER SYSTEMS AMERICAS, INC. and SNI COMPANIES CORP.,**

Defendants.

## ORDER

This case is before the Court on the Joint Motion to Approve Settlement Agreement (Doc. 31). The assigned United States Magistrate Judge has submitted a Report (Doc. 33) recommending that the motion be granted, and the parties have filed a Joint Notice of Non-Objection (Doc. 34) to that Report.

After review of the record in this matter, and noting the parties' Joint Notice of Non-Objection, the Court agrees with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is ORDERED as follows:

1. The Report and Recommendation (Doc. 33) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion to Approve Settlement Agreement (Doc. 31) is **GRANTED**, and the Court finds the parties' agreements (Doc. 31-1) to be fair and reasonable settlements of Plaintiffs' FLSA claims.

3. This case is **DISMISSED with prejudice**.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida, on April 9, 2018.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record